IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : SEALED |
| v. | : CRIMINAL NO. 3:21-CR-39 (CAR) |
| ALBERT ROSS<br>    a/k/a "BIG" | : VIOLATION(S):<br>: 21 U.S.C. § 846 |
| RICHARD CORNELIUS<br>    a/k/a "RICH" | : 21 U.S.C. § 841(a)(1)<br>: 21 U.S.C. § 841(b)(1)(A)(ii)(II) |
| ERIC MORGAN<br>    a/k/a "SWEAT" | : 21 U.S.C. § (b)(1)(B)(iii),<br>: 21 U.S.C. § 841(b)(1)(C) |
| LONNIE BENNETT<br>    a/k/a "RUNK" | : 18 U.S.C. §924(d)(1)<br>: 28 U.S.C. §2461(c) |
| BRANDON PAYNE<br>    a/k/a "RED" | : 21 U.S.C. §853 |
| BERNARD WILCOX | : |
| TAMICHAEL DARDEN<br>    a/k/a "T-MIKE" | : |
| MILLER SUTTON<br>    a/k/a "UNC" | : |
| REGINALD BATTLE SR.<br>    a/k/a "REGGIE" | : |
| HAFEZ ABDULLAHI | : |
| DANNY SIMS<br>    a/k/a "D BOY" | : |
| QUINTAVIOUS CLARK<br>    a/k/a "TRE" | : |
| COREY MITCHELL<br>    a/k/a "MURDA" | : |
|         Defendants. | : |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Conspiracy to Possess with Intent to Distribute Cocaine)

From in or about June 2020, and continuing to in or about September 2021, the exact dates being unknown to the Grand Jury, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

1

**ALBERT ROSS, a/k/a. "BIG,"**
**RICHARD CORNELIUS a/k/a "RICH,"**
**ERIC MORGAN a/k/a "SWEAT,"**
**LONNIE BENNETT a/k/a "RUNK," a/k/a "ROO BOY,"**
**BRANDON PAYNE a/k/a "RED,"**
**BERNARD WILCOX,**
**TAMICHAEL DARDEN a/k/a "T-MIKE,"**
**MILLER SUTTON a/k/a "UNC,"**
**REGINALD BATTLE SR. a/k/a "REGGIE,"**
**HAFEZ ABDULLAHI,**
**DANNY SIMS a/k/a "D BOY,"**
**QUINTAVIOUS CLARK a/k/a "TRE," and**
**COREY MITCHELL a/k/a "MURDA,"**

did knowingly and intentionally conspire with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, to wit: 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine; all in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II).

## COUNT TWO
**(Distribution of Cocaine and Cocaine Base)**

That on or about June 19, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**TAMICHAEL DARDEN a.k.a. "T-MIKE,"**

defendant herein, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine and cocaine base (commonly referred to as "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

2

## COUNT THREE
### (Distribution of Cocaine Base)

That on or about July 10, 2020, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**TAMICHAEL DARDEN a.k.a. "T-MIKE,"**

defendant herein, did knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base (commonly referred to as "crack" cocaine), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

## COUNT FOUR
### (Distribution of Cocaine Base)

That on or about September 18, 2020, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**TAMICHAEL DARDEN a.k.a. "T-MIKE,"**

defendant herein, did knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base (commonly referred to as "crack" cocaine), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

## COUNT FIVE
### (Distribution of Cocaine Base)

That on or about November 13, 2020, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**TAMICHAEL DARDEN a.k.a. "T-MIKE,"**

defendant herein, did knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base (commonly referred to as "crack" cocaine), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

## COUNT SIX
**(Distribution of Cocaine and Cocaine Base)**

That on or about December 29, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**QUINTAVIOUS CLARK a.k.a. "TRE,"**

defendant herein, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine and cocaine base (commonly referred to as "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SEVEN
**(Distribution of Cocaine)**

That on or about February 5, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**QUINTAVIOUS CLARK a.k.a. "TRE" and
COREY MITCHELL a.k.a. "MURDA"**

defendants herein, aided and abetted by each other, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHT
**(Distribution of Cocaine and Cocaine Base)**

That on or about March 5, 2021, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**QUINTAVIOUS CLARK a.k.a. "TRE,"**

defendant herein, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine and cocaine base

(commonly referred to as "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT NINE
### (Distribution of Cocaine and Cocaine Base)

That on or about March 11, 2021, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**QUINTAVIOUS CLARK a.k.a. "TRE,"**

defendant herein, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine and cocaine base (commonly referred to as "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TEN
### (Distribution of Cocaine and Cocaine Base)

That on or about March 24, 2021, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**QUINTAVIOUS CLARK a.k.a. "TRE,"**

defendant herein, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine and cocaine base (commonly referred to as "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT ELEVEN
### (Distribution of Cocaine Base)

That on or about April 7, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**QUINTAVIOUS CLARK a.k.a. "TRE,"**

defendant herein, did knowingly and intentionally distribute 28 grams or more of a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base (commonly referred to as "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

## COUNT TWELVE
### (Possession with Intent to Distribute Cocaine Base)

That on or about June 16, 2021, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**DANNY SIMS a.k.a. "D BOY,"**

defendant herein, did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base (commonly referred to as "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Before **DANNY SIMS** committed the offense charged in this indictment, he had a separate and final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 846 in connection with Title 21, United States Code, Section 841(a) for which he served more than 12 months of imprisonment and for which he was released from serving the term of imprisonment related to the separate offense within 15 years of the commencement of the instant offense.

## FORFEITURE NOTICE
### (21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegations contained in Counts One through Twelve of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), and/or

Title 21, United States Code, Section 853.

2. Upon conviction of the offense(s) in violation of Title 21, United States Code, Section 846, in connection with Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vii)(II), (b)(1)(B)(i), (b)(1)(B)(viii), and (b)(1)(C); Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii) set forth in Counts One through Twelve of this Indictment, the defendant(s),

**ALBERT ROSS, a/k/a. "BIG,"
RICHARD CORNELIUS a/k/a "RICH,"
ERIC MORGAN a/k/a "SWEAT,"
LONNIE BENNETT a/k/a "RUNK," a/k/a "ROO BOY,"
BRANDON PAYNE a/k/a "RED,"
BERNARD WILCOX,
TAMICHAEL DARDEN a/k/a "T-MIKE,"
MILLER SUTTON a/k/a "UNC,"
REGINALD BATTLE SR. a/k/a "REGGIE,"
HAFEZ ABDULLAHI,
DANNY SIMS a/k/a "D BOY,"
QUINTAVIOUS CLARK a/k/a "TRE," and
COREY MITCHELL a/k/a "MURDA"**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s); and/or any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s), pursuant to Title 21, United States Code, Section 853.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 924(d)(1), through Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
PETER D. LEARY
ACTING UNITED STATES ATTORNEY

MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this _15_ day of September AD 2021.

Deputy Clerk